# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 22-5219                                               September Term, 2022

1:21-cv-01035-CRC

Filed On: September 26, 2022 [1966043]

Tommy Ho,

        Appellant

    v.

Merrick B. Garland, In his official capacity
as Attorney General of the United States,

        Appellee

## O R D E R

      Upon consideration of appellant's motion for CM/ECF user name and password, it is

      **ORDERED** that the motion be denied without prejudice. The Clerk is authorized to determine whether a party to a pending civil case who is not represented by an attorney may file by electronic means using the court's Electronic Case Files (ECF) system. See D.C. Cir. Rule 25(b)(2). Circuit Rule 25(b)(2) requires that a pro se party describe the party's access to the internet and confirm the capacity to file and receive documents electronically on a regular basis. This motion does not demonstrate that appellant meets the technical standards to participate as an ECF filer.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                           BY:    /s/
                                                     Catherine J. Lavender
                                                     Deputy Clerk